DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Cummings<br><br>Case Below:<br>172 N.C. App. 172 | No. 496P05 | 1. Def-Appellant's NOA Pursuant to N.C.G.S. § 7A-30 (1) (COA04-1228)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def-Appellant's PDR Pursuant to N.C.G.S. § 7A-31 (c)<br><br>4. Def-Appellant's PWC Pursuant to N.C.G.S. § 7A-32 (b) | 1. ——<br><br><br>2. Allowed<br>12/01/05<br><br>3. Denied<br>12/01/05<br><br>4. Denied<br>12/01/05 |
| State v. Duarte<br><br>Case Below:<br>174 N.C. App. 626 | No. 653P05 | AG's Motion for Temporary Stay (COA04-1455) | Allowed<br>12/01/05 |
| State v. Ezzell<br><br>Case Below:<br>172 N.C. App. 593 | No. 555P05 | Def's PWC to Review Decision of COA (COA04-1205) | Denied<br>12/01/05 |
| State v. Hernandez<br><br>Case Below:<br>171 N.C. App. 516 | No. 455A05 | 1. Def's NOA Based Upon a Constitutional Question (COA04-358)<br><br>2. AG's Motion to Dismiss Appeal | 1. ——<br><br><br>2. Allowed<br>12/01/05 |
| State v. Hooks<br><br>Case Below:<br>Forsyth County<br>Superior Court | No. 089A00-2 | Def's PWC to Review Order of Forsyth County Superior Court | Denied<br>12/01/05 |
| State v. Jacobs<br><br>Case Below:<br>174 N.C. App. 1 | No. 617A05 | AG's Motion for Temporary Stay (COA04-541) | Allowed<br>Pending deter-<br>mination of the<br>State's PDR<br>11/07/05 |
| State v. Kimble<br><br>Case Below:<br>140 N.C. App. 153 | No. 605P05 | Def's PWC to Review the Decision of the COA (COA99-981) | Denied<br>12/01/05<br><br>**Edmunds, J.<br>Recused** |
| State v. Kozoman<br><br>Case Below:<br>170 N.C. App. 698 | No. 602P05 | 1. Def's PWC to Review the Decision of the COA (COA04-753)<br><br>2. Def's Motion for "Summary Judgment of PWC" | 1. Denied<br>12/01/05<br><br>2. Dismissed<br>12/01/05 |
| State v. Leak<br><br>Case Below:<br>174 N.C. App. 628 | No. 664P05 | AG's Motion for Temporary Stay (COA05-393) | Allowed<br>12/06/05 |